IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES ALLEN CANTRELL,
ADC #136860                                                                                          PLAINTIFF

5:08CV00118HLJ

MR. MULLINS                                                                                           DEFENDANT

### ORDER

By Order dated May 7, 2008, this Court directed the issuance of summons and service on defendant, in care of the Arkansas Department of Correction (ADC). Summons was returned, unexecuted, on May 28, 2008, with a notation that defendant is probably employed by Correctional Medical Services, Inc. (CMS) (DE #18). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Mr. Mullins, Medical Director at the Maximum Security Unit of the ADC, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (DE #2) on defendant, in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 20th day of June, 2008.

_____
United States Magistrate Judge