IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES ALLEN CANTRELL,
ADC #136860                                                                                           PLAINTIFF

v.                                        No. 5:08CV00118JLH/HLJ

MR. MULLINS                                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 16th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE